UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| State National Insurance Company, Inc., <br><br> Plaintiff, <br><br> v. <br><br> County of Bergen, *et al.*, <br><br> Defendants. | No.: 2:08-cv-1933 (SDW) (MCA) |

**CONSENT ORDER**

As agreed to by counsel for State National Insurance Company, Inc. ("State National"), County of Bergen, Frank DeBari, Ralph W. Kornfeld, William Van Dyke, Wolfgang Albrecht, Pat Shuber, Timothy Dacey, George Van Heist and Todd Cochran (collectively, "County Defendants"), and North River Insurance Company ("North River"), it is hereby **ORDERED** that:

State National be allowed an additional week to file its motion in response to County Defendants' Amended Counterclaim. State National's motion shall be filed by October 31, 2008.

North River's motion in response to County Defendants' Amended Cross-Claim shall be filed by October 31, 2008.

**SO ORDERED** this day, October __, 2008.

MADELINE COX ARLEO
UNITED STATES MAGISTRATE JUDGE