NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| STATE NATIONAL INSURANCE COMPANY, INC., | : | Civil Action No. 08-1933(SDW) |
| Plaintiff, | : | |
| v. | : | |
| COUNTY OF BERGEN, ET AL., | : | **ORDER** |
| Defendants. | : | January 4, 2010 |

**WIGENTON**, District Judge

This matter comes before the Court on the Report and Recommendation of Judge Madeline Cox Arleo, U.S.M.J., filed on November 19, 2009. In the Report and Recommendation, Judge Arleo considers the arguments made by the parties and recommends denying the Motion to Remand, dismissing the Second Amended Complaint *sua sponte* for lack of subject-matter jurisdiction, and, alternatively, granting the Motion for Abstention. No objections to the Report and Recommendation have been filed.

This Court has reviewed the Report and Recommendation, and for good cause shown, it is hereby

**ORDERED** that the Report and Recommendation filed on November 19, 2009 is **ADOPTED** as the conclusions of law of this Court; and it is further

**ORDERED** that the Motion to Remand is **DENIED**; and it is further

**ORDERED** that the Second Amended Complaint is **DISMISSED** *sua sponte* for lack of subject-matter jurisdiction.

This case is closed.

**S/Susan D. Wigenton, U.S.D.J.**

Cc: Madeline Cox Arleo, U.S.M.J.